# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOEL TYLER RICHARDSON**                                                     **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO. 1:21-CV-110-RPM**

**JACKSON COUNTY, ET AL.**                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document under Federal Rule of Civil Procedure 58(a), and in light of the Court's Memorandum Opinion and Order of Dismissal entered this day, the Court hereby enters its Final Judgment in this civil action.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this 2nd Day of November, 2022.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE